NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WORLDWIDE HOME PRODUCTS, INC.,**
*Plaintiff*

**v.**

**TIME, INC., BED BATH & BEYOND, INC.,
COHESION PRODUCTS INC., SHERRY HANSON,**
*Defendants*

**v.**

**JEFFREY SONNABEND,**
*Movant-Appellant*

---

2015-1544, 2015-1551

---

Appeals from the United States District Court for the Southern District of New York in No. 1:11-cv-03633-LTS-MHD, Judge Laura Taylor Swain.

---

**O R D E R**

---

Before MOORE, O'MALLEY, and TARANTO, *Circuit Judges.*

PER CURIAM.

IT IS ORDERED THAT:

These cases are hereby dismissed.

FOR THE COURT

December 16, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court